AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00349 |
| Benjamin Heffelfinger | ) Assigned To : Faruqui, Zia M. |
|  | ) Assign. Date : 12/13/2023 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ___Benjamin Heffelfinger___,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __12/13/2023__                                     _Zia M. Faruqui_
                                                                         *Issuing officer's signature*

City and state: __Washington, D.C.__          Zia M. Faruqui, U.S. Magistrate Judge
                                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* __12/13/2023__, and the person was arrested on *(date)* __12/20/2023__
at *(city and state)* __Columbus, OH__.

Date: __12/20/2023__                                     _[signature]_
                                                                         *Arresting officer's signature*

                                                                         SA Jeremy Lindauer
                                                                         *Printed name and title*