# EXHIBIT A

Benjamin Heffelfinger

3765 Township Road 70 NW

Somerset, Ohio 43783

8/01/2024

Dear Honorable Judge Rudolph Contreras,

I am writing to apologize and take responsibility for my actions on January 6th 2021. If I could change the past this is not something I would have taken part in and I fully recognize that my actions were unacceptable. In hindsight, I realize how my presence inside the building was helping people who were being violent and destructive. That's not what I wanted to do. I did something stupid and involved in something I didn't expect to be a part of. Also, I want to assure you that I am taking this very seriously and I am doing everything I can to be the best person I can possibly be.

    I have attended individual counseling sessions, intensive outpatient and in-patient treatment. I understand that words can't undo the harm caused to the government and society by Jan 6th. However, I hope that my actions in trying to make myself into a better person show how I am dedicated to improving myself to make sure I never repeat this kind of behavior.

    I am willing to accept the consequences of my actions and will do my best to follow the conditions set forth by the court. I'm trying to make positive changes in my life. I do not want to be apart be of something like January 6th again.

    Thank you for taking the time to read my letter. Once again I'm sorry for the harm that my actions caused.

Benjamin Heffelfinger