# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : CR No. 24-51 (RC) |
| **BENJAMIN HEFFELFINGER,** | : |
| **Defendant.** | : |

## PROPOSED ORDER

Upon consideration of the Defendant's Oral Motion, it is hereby ORDERED that the Pretrial Services Agency return Mr. Heffelfinger's passport to him directly or through his counsel, the Federal Public Defender.

Date: _____

_____
The Honorable Rudolph Contreras
U.S. District Court for the District of Columbia